**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1547**

———————

In re:  MARIE A. BECTON,

        Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:21-cv-00449-D)

———————

Submitted:  August 8, 2024                                Decided:  August 19, 2024

———————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Marie A. Becton, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie A. Becton petitions for a writ of mandamus seeking an order directing the district court to grant her the relief she requested in her dismissed complaint against the Commissioner of Social Security. We conclude that Becton is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Becton is not available by way of mandamus. Becton had an adequate means—a direct appeal—to attain the relief she desires. In fact, she did appeal the district court's dismissal of her complaint, but she did so too late. She cannot cure her failure to note a timely appeal through this petition for a writ of mandamus. Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*